IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JASON CHRISTOPHER BLAIS      §

VS.                          §   CIVIL ACTION NO. 1:09cv326

JOHN B. FOX                  §

MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jason Christopher Blais, proceeding *pro se*, filed this petition for writ of habeas corups pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable Earl s. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* Fed. R. Civ. P. 72(b). After careful consideration, the court concludes the objections are without merit. Petitioner's assertion that treating him differently from prisoners incarcerated within another federal judicial circuit violates the Equal Protection Clause is without merit. *Handley v. Chapman*, 587 F.3d 273, 280 (5th Cir. 2009).

## O R D E R

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered denying the petition for writ of habeas corpus.

**SIGNED** this the **18** day of **February, 2010.**

_____
Thad Heartfield
United States District Judge